IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 26-MJ-2003-DPR |
| | ) | |
| GAL HAIMOVICH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE

Pursuant to *28 U.S.C. § 636(g)*, it is hereby:

**ORDERED** that the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri, is hereby assigned to perform the verification proceedings as required by *18 U.S.C. § 4107* relating to the proposed transfer of Defendant, Gal Haimovich, from the United States of America to Israel in order to complete their term of incarceration. It is further

**ORDERED** that the Honorable David P. Rush is authorized to assign counsel for the Defendant as provided in *18 U.S.C. § 4109*.

**IT IS SO ORDERED.**

*/s/ Brian C. Wimes*
BRIAN C. WIMES
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date: January 20, 2026